ation or decision of this petition.

No. 02–362. WHEELING & LAKE ERIE RAILWAY CO. *v.* BONA-CORSI. Sup. Ct. Ohio. Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 02–375. CRAFT *v.* GEORGIA. Ct. App. Ga. Motion of Naturist Action Committee et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 02–435. OHIO *v.* TORR. Ct. App. Ohio, Franklin County. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 01–9138. HARRELL *v.* UNITED STATES, 535 U. S. 1026;
No. 01–9692. FERGUSON *v.* WM. WRIGLEY JR. CO. ET AL., 536 U. S. 929;
No. 01–9827. DUNCAN *v.* CAIN, WARDEN, *ante,* p. 829; and
No. 02–5222. IN RE DOOSE, *ante,* p. 811. Petitions for rehearing denied.

## NOVEMBER 14, 2002

No. 02–7153 (02A369). KASI *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

## NOVEMBER 15, 2002

No. 01–1766. ZAPATA INDUSTRIES, INC. *v.* W. R. GRACE & CO.-CONN. C. A. Fed. Cir. [Certiorari granted, 536 U. S. 990.] Writ of certiorari dismissed under this Court's Rule 46.1.